# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CAPANNA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-336 |
| ROBERT M. KLINE, ESQ. and | : | |
| FRANCIS J. MARTIN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of September, 2017, upon consideration of Plaintiff John Capanna's Motion to Remand (Doc. No. 4) and the Joint Response of Defendants Robert Kline and Francis Martin (Doc. No. 5), and as set forth in this Court's accompanying Memorandum Opinion, it is **ORDERED** that the Motion is **GRANTED** and the case is **REMANDED** to the Pennsylvania Court of Common Pleas for Philadelphia County.

It is so **ORDERED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**